415 A.2d 412

**In re ADOPTION of J. C. M.**

**Appeal of F. M.**

Supreme Court of Pennsylvania.

Argued May 22, 1980.

Decided June 18, 1980.

Laurence T. Himes, Jr., York, for appellant.

Daniel Shoemaker, York, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Each party to pay own costs.